McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00140 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RUSSELL VALENZUELA, | DATE: August 30, 2018
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 30, 2018.

2. By this stipulation, defendant now moves to continue the status conference until October 25, 2018, at 9:30 a.m., and to exclude time between August 30, 2018, and October 25, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government represented that the discovery associated with this case includes investigative reports, photographs, and other related documents in electronic format. The discovery has been either produced directly to counsel and/or made available for inspection and copying. The government will continue to produce and/or make available for inspection any

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

| | |
|---|---|
| 1 | additional discovery as it becomes available. |
| 2 | b) Counsel for defendant desires additional time to review the current charges and |
| 3 | discovery in this matter, conduct its own investigation, interview witnesses, and otherwise |
| 4 | prepare for trial. |
| 5 | c) Counsel for defendant believes that failure to grant the above-requested |
| 6 | continuance would deny him/her the reasonable time necessary for effective preparation, taking |
| 7 | into account the exercise of due diligence. |
| 8 | d) The government does not object to the continuance. |
| 9 | e) Based on the above-stated findings, the ends of justice served by continuing the |
| 10 | case as requested outweigh the interest of the public and the defendant in a trial within the |
| 11 | original date prescribed by the Speedy Trial Act. |
| 12 | f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, |
| 13 | et seq., within which trial must commence, the time period of August 30, 2018 to October 25, |
| 14 | 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code |
| 15 | T4] because it results from a continuance granted by the Court at defendant's request on the basis |
| 16 | of the Court's finding that the ends of justice served by taking such action outweigh the best |
| 17 | interest of the public and the defendant in a speedy trial. |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

///

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 23, 2018                               McGREGOR W. SCOTT
                                                     United States Attorney

                                                     /s/ QUINN HOCHHALTER
                                                     QUINN HOCHHALTER
                                                     Assistant United States Attorney

Dated:  August 23, 2018                               /s/ DOUGLAS J. BEEVERS
                                                     DOUGLAS J. BEEVERS
                                                     Counsel for Defendant
                                                     Russell Valenzuela

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 23rd day of August, 2018.

Troy L. Nunley
United States District Judge