HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
RUSSELL VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00140-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| RUSSELL VALENZUELA, | Date: October 25, 2018 |
| Defendant. | Time: 9:30 A.M. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, United States Attorney, McGregor W. Scott, through Assistant United States Attorney Quinn Hochhalter, attorney for Plaintiff, and Federal Defender, Heather E. Williams, through Assistant Federal Defender Douglas Beevers, attorney for defendant, Russell Valenzuela, that the previously scheduled status conference date of October 25, 2018, be vacated and the matter be set for status conference on November 15, 2018, at 9:30 a.m.

Defense counsel require additional time to review discovery and conduct additional defense investigation.

Based on the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of this stipulation, October 23, 2018, through and including November 15, 2018, pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on defense preparation.

Stipulation to Continue -1-

All counsel and the defendant also agree the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: October 23, 2018

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender

Attorneys for Defendant
Russell Valenzuela

Dated: October 23, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ Quinn Hochhalter*
QUINN HOCHHALTER
Assistant U.S. Attorney

Attorney for Plaintiff
United States of America

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefor, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties' stipulation, October 23, 2018, up to and including November 15, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 25, 2018 status conference shall be continued until November 15, 2018, at 9:30 a.m.

Dated: October 23, 2018

HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE

Stipulation to Continue -3-